IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GLYNN DAVIS, EUGENE BROMBOLICH,
And EUGENE FORNERIS, on behalf of them-
selves and all others similarly situated,**

    **Plaintiffs,**

**JUANITA HAMMOND, et al.,**

    **Plaintiffs-Intervenors**

**v.**

**SOLUTIA INC. EMPLOYEES' PENSION
PLAN,**

    **Defendant,**

**and**

**THE MONSANTO COMPANY PENSION
PLAN and THE MONSANTO COMPANY,**

    **Intervenors.**                               **Case No. 05-cv-736-DRH**

## ORDER

**HERNDON, District Judge:**

      This matter comes before the Court on Plaintiffs' Motion to Withdraw (Doc. 83) a Previously Filed Motion to Appoint Interim Class Counsel and supporting memorandum (Docs. 55 & 56).  Plaintiffs filed this Motion because the attorneys representing Plaintiffs in this case and the attorneys representing Plaintiffs in the *Hammond* case (No. 06-139) "have settled their differences and agreed to jointly represent Plaintiffs against the Solutia Inc. Employees' Pension Plan" (Doc. 83, p. 1).

Accordingly, Plaintiffs in these respective cases have agreed to withdraw their respective motions to appoint interim class counsel (*Id*.).  The Court, being fully advised, hereby **GRANTS** Plaintiffs' Motion to Withdraw its Motion to Appoint Interim Class Counsel and supporting memorandum (Docs. 55 & 56).  Such documents are hereby **WITHDRAWN** from consideration.

**IT IS SO ORDERED.**

Signed this 22nd day of June, 2006.

/s/        David   RHerndon
**United States District Judge**