## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GRANT M. WALKER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CAUSE NO. 04-CV-436-WDS** |
| | ) | **Consolidated with:** |
| **MONSANTO COMPANY PENSION** | ) | **05-CV-736** |
| **PLAN, et al.,** | ) | **06-CV-03** |
| | ) | **06-CV-139** |
| **Defendants.** | ) | |

## <u>O R D E R</u>

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: May 8, 2007.**


<u>s/ WILLIAM D. STIEHL</u>
**DISTRICT JUDGE**


Case reassigned to United States District Judge J. Phil Gilbert.  All future pleadings shall bear Case No. 04-436-JPG.